
LODGED
MAY 16 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK


FILED
MAY 16 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-02-042-FCD |
| Plaintiff, | **ORDER** |
| SHANGO JAJA GREER, et al, | |
| Defendants. | |

Good cause appearing and upon application of defendant Shango Greer,

**IT IS HEREBY ORDERED** that the Supplemental Exhibits in Support of Motion To Dismiss the Indictment for Prosecutorial Misconduct and Abuse of the Grand Jury be filed under seal.

Dated: 5/16/05

_____
UNITED STATES DISTRICT COURT JUDGE