1    McGREGOR W. SCOTT
     United States Attorney
2    R. STEVEN LAPHAM
     KENNETH J. MELIKIAN
3    PHILIP A. FERRARI
     Assistant U.S. Attorneys
4    501 "I" Street, Suite 10-100
     Sacramento, California 95814
5    Telephone: (916) 554-2744

6

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                                    )   CR. No. S-03-042-FCD DAD
12   UNITED STATES OF AMERICA,        )
                                      )   APPLICATION AND ORDER
13              Plaintiff,            )   FOR WRIT OF HABEAS CORPUS
                                      )   AD TESTIFICANDUM
14        v.                          )
                                      )
15   SHANGO JAJA GREER, et al.,       )
                                      )
16                                    )
                Defendants.           )
17

18
          COMES NOW the plaintiff herein by the United States Attorney
19
     and represents and shows:
20
          That there is now confined in the Douglas County Jail, 710
21
     S. 17th Street, Omaha, Nebraska, 68102, one DION McGRIFF, aka
22
     Dion Dickson, DOB: 10/03/72, Inmate Number 2370882, in the
23
     custody of the Warden, Sheriff or Jailor thereof; that said
24
     prisoner is a necessary, material and competent witness in the
25
     prosecution of the above-entitled case, which is set for trial in
26
     the United States District Court at Sacramento, California, on
27
     December 12, 2005 at 9:00 a.m., and that in order to secure the
28

                                      1

1  attendance of said prisoner it is necessary that a Writ of Habeas

2  Corpus Ad Testificandum be issued commanding said Warden, Sheriff

3  or Jailor to produce said prisoner in said Court, Courtroom #1,

4  Sixteenth  Floor, Robert T. Matsui United States Courthouse, 501

5  "I" Street, Sacramento, California, on December 12, 2005, at 9:00

6  a.m., in order that said prisoner may respond to and answer such

7  questions as may be propounded to him during the course of the

8  trial of said case.

9       WHEREFORE, your petitioner prays for an order directing the

10  issuance of a Writ of Habeas Corpus Ad Testificandum, out of and

11  under the seal of this Court, commanding said Warden, Sheriff or

12  Jailor to have and produce said prisoner in said United States

13  Courtroom on said date, then and there to respond to and answer

14  such questions as may be propounded to him during the course of

15  the trial of the above-entitled case; and at the termination of

16  said case to return him forthwith to said above-mentioned

17  institution.

18

19  DATED: November 21, 2005            McGREGOR W. SCOTT
                                        United States Attorney
20

21
                                   By:  /s/ Philip A. Ferrari
22                                      PHILIP A. FERRARI
                                        Assistant U.S. Attorney
23

24

25

26

27

28

2

1                                           O R D E R

2

3          Upon reading and filing the foregoing application in that

4   behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad

5   Testificandum issue as prayed for herein.

6   DATED: November 21, 2005.

7

8          _____
           DALE A. DRCZD

9          UNITED STATES MAGISTRATE JUDGE

10

11   Ddad1/orders.criminal/greer-mcgriff0042/writ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              1