UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA

        Plaintiff,

   v.

SHANGO JAJA GREER, et al.,

        Defendants.

NO. CR. S-03-0042 FCD

ORDER

----oo0oo----

At the request of the Government the Warrant For Arrest of Witness issued on December 19, 2005 as to SHANEQUIA SHAMELL MILLER is hereby WITHDRAWN.

IT IS SO ORDERED.

DATED: December 20, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

1