1  ROBERT J. PETERS
   Attorney at Law
2  California State Bar Number 43618
   716 19th Street, Suite 120
3  Sacramento, CA 95814
   Telephone:   (916) 442-1806
4  Facsimile:   (916) 442-0520
   Email:       robertj@lanset.com
5
   JAN DAVID KAROWSKY
6  Attorney at Law
   A Professional Corporation
7  California State Bar Number 53854
   716 19th Street, Suite 100
8  Sacramento, CA 95814-0710
   Telephone: (916) 447-1134
9  Facsimile:  (916) 448-0265
   Email:       KarowskyLaw@sbcglobal.net
10
   Attorneys for Defendant
11 Jason Walker

12 PETER KMETO
   Attorney at Law
13 California State Bar Number 78827
   1007 7th Street, Suite 318
14 Sacramento, CA 95814
   Telephone: (916) 444-7420
15 Facsimile:  (916) 441-6714
   Email:       pkmeto@sbcglobal.net
16
   Attorney for Defendant
17 Shango Greer

FILED

JAN 24 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Jason Walker, et. al.,<br><br>             Defendant | Case No.: Cr.S-03-042-FCD<br><br>**Court Order Releasing Government's Exhibits Numbers 208 and 305 To Defense Investigator for Re-testing at Forensic Analytical Laboratory** |

- 1 -

1     By stipulation of all parties in open court on January 23, 2005, at the commencement of
2 court, the Court orders that government's Exhibit number 208 in evidence, consisting of 9 (nine)
3 expended .38 caliber shell casings and government's Exhibit number 305 in evidence, consisting
4 of 1 (one) expended .38 caliber shell casing, shall be removed from evidence in this trial and
5 released to defense investigator, Glen Walker who shall personally transport them to Forensic
6 Analytical Laboratory located at 3777 Depot Road, Suite 409, Hayward, CA 94545 for re-
7 examination.

8     The Court orders that during the course of said re-examination, identifying marks may be
9 made only on the containers in which the shell casings have been placed. No marks shall be
10 made on the individual casings nor shall any casing be altered in any fashion whatsoever.

11     Moreover, the Court further orders that said re-examination shall be accomplished on or
12 before February 6, 2006 and said exhibits shall be returned to Court on or before February 6,
13 2006. If the re-examination and return cannot be accomplished as directed, counsel for the
14 defense shall notify the Court and counsel for the prosecution as to the status of the re-
15 examination and return on or before February 6, 2006 for further order from the Court.

16 **IT IS SO ORDERED.**

19 Dated: 1/24/06

    Frank C. Damrell, Jr.
    Judge, U.S. District Court