UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oOoo---

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

SHANGO GREER, et al.,

       Defendants.

No. Cr. S-03-0042 FCD

**O R D E R**

---oOoo—

In a "Memorandum" to the court, dated May 15, 2006, Defendant Shango Greer, requested that the court order the Federal Defender's Office to become the repository for counsels case files in this action.  Good cause appearing, in that the files are voluminous and the CJA does not provide for reimbursement to counsel for the costs of storage, the Court directs the Federal Defender's Office to become the repository for Greer/Walker case files.

Accordingly, the Federal Defender's office is directed to store, maintain, and provide reasonable access to the subject case file until such a time as they are directed to either dispose or archive the files.  The Federal Defender's Office

1  shall contact Ms. Maureen Price at 916-930-4163 to make
2  arrangements to pickup the case files from Courtroom #1 on the
3  16th floor at 501 I Street, Sacramento, CA 95814.
4     IT IS SO ORDERED.
5  DATED: May 19, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
United States District Judge