UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

JUN 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

----------------

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANGO GREER, et al.,

    Defendants.

No. CR S-03-0042-FCD

**O R D E R**

In a prior order of this Court, dated May 19, 2006, the Court directed the Federal Defender's office to store, maintain, and provide reasonable access to the subject case file. After receipt and review of additional information from the Federal Defender's office, that order is hereby vacated.

IT IS HEREBY ORDERED that:

1. Currently-appointed defense attorney Peter Kmeto shall arrange for private storage of these records for two months from the date of this Order, and the Court shall authorize reimbursement to Mr. Kmeto under the CJA for these costs.

2. In the event an appeal is filed after Mr. Kmeto's client is sentenced, the Federal Defender's office shall notify appellate counsel of the procedures to use in requesting approval from the Ninth Circuit Court of Appeals for continued storage of these materials and for reimbursement of any costs associated with that storage.

IT IS SO ORDERED.

Dated: June 16, 2006

_____
FRANK C. DAMRELL, Jr.
United States District Judge