UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM




AUG - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

RE: GREER, Shango Jaja
WALKER, Jason Keith
Docket Number: 2:03CR00042-01/02
<u>VACATE DATE OF JUDGMENT
AND SENTENCE / SET FOR HEARING</u>
Hearing Date: September 15, 2006

Your Honor:

On July 26, 2006, the undersigned met with Your Honor and discussed the difficulties this case presents as most of the informal objections made by all counsel are either legal issues or guideline matters which the Court will need to decide since the probation officer was not present at trial. With Your Honor's consent, the undersigned has spoken with AUSA Kenneth Melikian, Peter Kmeto, counsel for Greer, and Jan Karowsky, counsel for Walker. All parties agree that a hearing is necessary to argue these issues and once the Court makes it's rulings, a "clean" presentence report will be prepared. The parties agree the sentencing date currently set for August 14, 2006 should be vacated and a hearing date of September 15, 2006 at 10:00 a.m. be set. The parties are aware this hearing is for argument only and is not an evidentiary hearing.

Per agreement with counsel, the following schedule is proposed:

08/07/2006: Final presentence report and Response to Objections due to Court and all parties.

08/21/2006: The parties shall file Formal Objections.

08/28/2006: Any response to opposing counsel's Formal Objections and all Sentencing Memorandums are to be filed.

Respectfully submitted,

*[signature: Karen A. Meusling]*

**KAREN A. MEUSLING**
Supervising United States Probation Officer

Dated:   July 28, 2006
         Sacramento, California

---

**THE COURT ORDERS:**

(X)   The schedule as set forth above is adopted.

( )   The schedule as set forth above is modified as follows:

( )   Other:

_8/1/06_
**Date**

*[signature]*
**Signature of Judicial Officer**

cc:   Maureen Price, Court Clerk
      R. Steven Lapham and Kenneth J. Melikian, Assistant United States Attorneys
      Peter Kmeto, Defense Counsel for Shango Greer
      Jan David Karowsky and Robert J. Peters, Defense Counsel for Jason Walker
      United States Marshal

Rev. 05/2006
CONTINUANCE ~ TO JUDGE.MRG