UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oOoo---

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SHANGO GREER, JASON WALKER,

        Defendants.

No. Cr. S-03-0042-003 FCD

**O R D E R**

---oOoo—

The Warrant for Arrest of Witness issued on November 15, 2005 as to LAKISHA GOOCH is hereby WITHDRAWN.

IT IS SO ORDERED.

DATED: April 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE