1  JOSEPH SCHLESINGER, Cal. Bar # 87692
   Acting Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 "I" Street, 3rd Floor
   Sacramento, California 95814
4  Telephone:  (916) 498-5700

5  Attorneys for Defendant
   SHANGO JAJA GREER

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                    )
                                      )   No. 2:03-cr-00042 MCE-JFM
12                  Plaintiff,        )
                                      )   **REQUEST FOR SUBSTITUTION OF COUNSEL;**
13            v.                      )   **ORDER**
                                      )
14  SHANGO JAJA GREER,                )
                                      )
15                  Defendant.        )
                                      )
16  _____  )

17       Defendant, SHANGO JAJA GREER, hereby moves this Court for an order

18  substituting Benjamin Ramos, Attorney at Law, 7405 Greenback Lane, Suite 287

19  Citrus Heights, CA, 95610, telephone (916) 967-2927; as counsel for the

20  Defendant in the above-entitled case. The Federal Defender's Office has

21  determined that it is currently unable to continue its representation of

22  Defendant.  Mr. Ramos  has agreed to represent the Defendant.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Mr. Ramos is aware of any deadlines in this case.  The undersigned is

2  authorized to sign this substitution motion on his behalf.

3  Dated:  January 4, 2013

4                                          Respectfully submitted,

5                                          JOSEPH SCHLESINGER
                                           Acting Federal Defender
6
                                           /s/ David M. Porter
7                                          DAVID M. PORTER
                                           Assistant Federal Defender
8
                                           Attorneys for Defendant
9                                          SHANGO JAJA GREER

10

11
   Dated:  January 4, 2013                 /s/Benjamin Ramos
12                                          BENJAMIN RAMOS

13

14
                            **O R D E R**
15

16      Pursuant to this Motion for Substitution of Counsel and for the reasons

17  stated therein, IT IS HEREBY ORDERED that Benjamin Ramos, Attorney at Law,

18  shall be substituted in as appointed counsel for Defendant in place of the

19  Office of the Federal Defender for the Eastern District of California.

    Dated: January 10, 2013.
20

21

22  _____
    UNITED STATES MAGISTRATE JUDGE
23

24  gree0042.sub

25

26

27

28

                                    2