IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,   No. 2:03-cr-0042 MCE JFM P

  vs.

SHANGO JAJA GREER,

    Movant.

_____/

UNITED STATES OF AMERICA,

    Respondent,   No. 2:03-cr-0042 MCE JFM P

  vs.

JASON KEITH WALKER,

    Movant.   ORDER

_____/

      Movants are federal prisoners proceeding through counsel with motions to vacate, set aside, or correct their sentences pursuant to 28 U.S.C. § 2255. By orders filed December 13, 2012, these matters were set for status conference before the undersigned on February 28, 2013, and the parties were directed to file and serve status reports which address the timing and order

/////

1

of discovery and investigations and anticipated motions.  Movants have timely filed status reports, but to date respondent has not responded in any way to the December 13, 2012 order.

Good cause appearing, IT IS HEREBY ORDERED that on or before Tuesday, February 26, 2013 at 4:30 p.m. respondent shall file a status report as required by the court's December 13, 2012 order.

DATED: February 20, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12
walk0042.sr