IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                       No. 2:03-cr-0042 MCE JFM P

    vs.

SHANGO JAJA GREER,

    Movant.                          <u>ORDER</u>

_____/

        Movant is proceeding with counsel with a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. On February 28, 2013 the court held a status conference on the matter. The issue of the timing of respondent's response to the motion was discussed and decided at that conference.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Respondent shall file its response to movant's original and supplement to the motion to vacate before May 31, 2013; and

////

////

////

////

1

2. A status conference will be set, as appropriate, following the filing of respondent's response.

DATED: March 20, 2013.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

12
gree0042.answer