1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    CASE NO.  2:03-CR-042 MCE JFM P

11                        Respondent,
                                                  ORDER GRANTING APPLICATION TO SEAL
12            v.                                  EXHIBITS K AND L TO RESPONSE TO
                                                  PETITIONS
13   SHANGO JAJA GREER,

14                        Movant.

15

16   UNITED STATES OF AMERICA,

17                        Respondent,

18            v.

19   JASON KEITH WALKER,

20                        Movant.

21

22        On May 31, 2013, the Government filed an application to seal Exhibits K and L to its response to

23   the petitions filed by Movants Shango Greer and Jason Walker, in light of the dictates of grand jury

24   secrecy and the exhibits' status as transcripts of matters occurring before the grand jury.

25   ///

26   ///

27   ///

28   ///

Order Granting Application to File Exhibits          1
Under Seal

1      Good cause appearing therefore, the Court GRANTS the application and directs that Exhibits K

2   and L be filed under seal.  The clerk is directed to serve those exhibits to counsel for the Government,

3   Jean M. Hobler, counsel for Petitioner Greer, Benjamin Ramos, and counsel for Petitioner Walker,

4   Carolyn Phillips.

5      IT IS SO ORDERED.

6   DATED:  June 19, 2013

7

8                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Application to File Exhibits          2
Under Seal