1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-042 MCE JFM P |
|---|---|---|
| 12 | Respondent, | STIPLUATION AND ~~PROPOSED~~ ORDER CONTINUING DATE FOR SUBMISSION OF JOINT STATEMENT |
| 13 | v. | |
| 14 | SHANGO JAJA GREER, | |
| 15 | Movant. | |
| 16 | | |
| 17 | UNITED STATES OF AMERICA, | |
| 18 | Respondent, | |
| 19 | v. | |
| 20 | JASON KEITH WALKER, | |
| 21 | Movant. | |

22

23      On June 18, 2013, the Court issued an order requiring the parties to meet and confer and to file a

24 joint proposal on how to proceed in this matter within 30 days. That filing is currently due on July 18,

25 2013. The parties have been in discussion on how to proceed, however, counsel for the Government is

26 traveling for the remainder of the week and largely unavailable during business hours to complete the

27 process.

28 ///

Stipulation to Continue Joint Statement          1
Deadline

To permit the parties sufficient time to present a proposal to the Court, the parties therefore stipulate to a one-week extension of the deadline to submit a joint statement, to and including July 25, 2013, and request the Court authorize such an extension via the attached proposed order.

Dated:  July 15, 2013               BENJAMIN B. WAGNER
                                    United States Attorney


                                     /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Assistant United States Attorney

Dated:  July 15, 2013                /s/ Jean M. Hobler for
                                    BENJAMIN RAMOS
                                    Counsel for SHANGO JAJA GREER
                                    (authorized July 15, 2013)

Dated:  July 17, 2013                /s/ Jean M. Hobler for
                                    CAROLYN D. PHILLIPS
                                    Counsel for JASON KEITH WALKER
                                    (authorized July 17, 2013)

## **ORDER**

It is so ordered.

Additionally, the court orders that the hearing on the both movants' motion for discovery, ECF No. 1187, currently set for hearing on July 18, 2013, is VACATED.

Dated:  July 18, 2013.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Joint Statement Deadline         2