Carolyn D. Phillips, #103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
Telephone: (559) 248-9833
Fax: (559)248-9820
Email: cdp18@sbcglobal.net

Attorney for Defendant-Petitioner,

JASON KEITH WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff-Respondent,<br><br>vs.<br><br>JASON KEITH WALKER,<br><br>    Defendant-Petitioner. | Case No.: 2:03-CR-00042 MCE EFB P<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR FILING OBJECTIONS AND RESPONSES TO FINDINGS AND RECOMMENDATIONS |
| UNITED STATES,<br><br>    Plaintiff-Respondent,<br><br>vs.<br><br>SHANGO JAJA GREER,<br><br>    Defendant-Petitioner. | |

    Having reviewed the parties' stipulation for extensions of time in this case, and good cause appearing the briefing schedule in this matter shall be modified as follows:

Defendants' written objections to Findings and Recommendations and argument as to whether a certificate of appealability should issue in the event of an appeal of the judgment in this case shall be due **October 24, 2017**; and,

Plaintiff's reply to defendants' objections shall be due **January 5, 2018**.

Dated: August 23, 2017

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME FOR THE PARTIES TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

4