Carolyn D. Phillips, #103045
Attorney at Law
P.O. Box 5622
Fresno, CA  93755-5622
Telephone:    (559) 248-9833
Fax:                (559)248-9820
Email:           cdp18@sbcglobal.net

Attorney for Defendant-Petitioner,

JASON KEITH WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff-Respondent,<br><br>vs.<br><br>JASON KEITH WALKER,<br><br>    Defendant-Petitioner.<br><br>UNITED STATES,<br><br>    Plaintiff-Respondent,<br><br>vs.<br><br>SHANGO JAJA GREER,<br><br>    Defendant-Petitioner. | Case No.: 2:03-CR-00042 MCE EFB P<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER FOR A SECOND EXTENSION OF TIME FOR THE PARTIES TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

On August 10, 2017, ECF 1213, this Court filed its 81-page Findings and

Recommendations to deny petitioners Jason Keith Walker and Shango Jaja Greer's

motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255.  By way of

STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME FOR THE
PARTIES TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS            1

stipulation and order of this Court the petitioners were granted an additional sixty days within which to file objections or by October 24, 2017, and to January 5, 2018 for the Government's responses.

Since the original stipulation was granted the petitioners have diligently reviewed, researched and drafted objections to the Findings and Recommendations. Carolyn Phillips appointed counsel for petitioner Walker conferred telephonically with Mr. Walker on October 18, 2017, regarding the draft of objections, which the parties intend to file jointly. It was evident from this conversation that counsel will need to complete additional review, research and modification of the final pleading. After completion of the final draft, it will be necessary for Ms. Phillips to meet with petitioner Walker to ensure the objections are complete. It is not possible for these tasks to be completed by the current filing deadline of October 24, 2017. An additional 30-days is required in order to finalize the objections. Both counsel for petitioner Greer, Ben Ramos, and the Government Jeremy Kelley stipulate to the 30-day extension request.

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Jeremy J. Kelly, counsel for the United States, Benjamin Ramos, counsel for defendant Shango Greer and Carolyn D. Phillips, counsel for defendant Jason Walker, that the time for defendants to file written objections to the Findings and Recommendations and to address whether a certificate of appealability should issue in the event of an appeal of the judgment in this case shall be extended 30 days to **November 22, 2017**.

STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME FOR THE PARTIES TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

2

It is further stipulated that the time for plaintiffs to file responses to defendants' objections shall be extended 75 days to **February 5, 2018**.

SO STIPULATED.

Dated: October 18, 2017  /s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for JASON WALKER

Dated: October 18, 2017  /s/ Benjamin Ramos
BENJAMIN RAMOS
Attorney for SHANGO GREER

Dated: October 18, 2017  PHILLIP TALBERT
United States Attorney

By:  /s/Jeremy J. Kelly
JEREMY J. KELLY
Attorneys for the United States

Having reviewed the parties' stipulation for extensions of time in this case, and good cause appearing the briefing schedule in this matter shall be modified as follows:

Defendants' written objections to Findings and Recommendations and argument as to whether a certificate of appealability should issue in the event of an appeal of the judgment in this case shall be due **November 22, 2017**; and,

Plaintiff's reply to defendants' objections shall be due **February 5, 2018**.

Dated: October 25, 2017.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR SECOND EXTENSION OF TIME FOR THE PARTIES TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS

3