McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-0042-MCE-EFB |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING GOVERNMENT'S RESPONSE DATE |
| v. | |
| SHANGO JAJA GREER and JASON KEITH WALKER, | |
| Defendants. | |

**STIPULATION**

1. The Court filed Findings and Recommendations to deny the petitioners' 28 U.S.C. § 2255 habeas petitions on August 10, 2017. ECF Nos. 1212, 1213.

2. On August 23, 2017, the Court ordered that objections to the Findings and Recommendations be filed by October 24, 2017, and any response to the objections be filed by January 5, 2018. ECF No. 1217.

3. Pursuant to the parties' stipulation, on October 25, 2017, the Court revised this scheduled and ordered that objections be filed by November 22, 2017, and any response be filed by the government by February 5, 2018. ECF No. 1219.

4. Undersigned counsel for the government was added to this case in January 2017, and was not previously familiar with the records and filings in this matter. Undersigned counsel for the government has also just completed a two-week trial, preparation for which began in December 2017.

STIPULATION AND [PROPOSED] ORDER REGARDING
GOVERNMENT'S RESPONSE DATE

1

1 | 5. Counsel for the government needs additional time to review the record in this matter and to evaluate the objections filed by the petitioners. Counsel for the government has inquired of the petitioners' counsel whether an extension of sixty days for a response would be agreeable.

6. Counsel for the petitioners do not object to a continuance of the deadline for the government's response to April 6, 2018.

7. Accordingly, the parties stipulate and request that the Court enter an order directing that the government to file any response to the objections by April 6, 2018.

IT IS SO STIPULATED.

Dated: February 2, 2018     McGREGOR W. SCOTT
United States Attorney

/s/ JEREMY J. KELLEY
JEREMY J. KELLEY
Assistant United States Attorney

Dated: February 2, 2018     /s/ CAROLYN PHILLIPS
CAROLYN PHILLIPS
Counsel for Defendant
JASON WALKER

Dated: February 2, 2018     /s/ BENJAMIN RAMOS
BENJAMIN RAMOS
Counsel for Defendant
SHANGO JAJA GREER

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS HEREBY ORDERED that the Plaintiff's response to the Defendants' objections to the findings and recommendations shall be due April 6, 2018.

DATED: February 5, 2018.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE