UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHANGO JAJA GREER,<br><br>　　　　　　Defendant. | Case No.: 2:03-CR-00042 MCE EFB P<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD |

GOOD CAUSE appearing, the motion of counsel, Benjamin Ramos, to withdraw as counsel of record for defendant/movant, Shango Jaja Greer, (ECF No. 1240) is granted and hearing on the motion, currently set for December 18, 2019, is vacated.

IT IS SO ORDERED.

DATED: December 11, 2019.

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*UNITED STATES v. SHANGO JAJA GREER*, Case No. 2:03-cr-00042 MCE EFB P
Order Granting Motion to Withdraw as Attorney of Record