UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SHANGO JAJA GREER,<br><br>Movant. | No. 2:03-cr-0042-MCE-EFB P<br><br><br><br>ORDER |

Shango Jaja Greer's Motion for a Certificate of Appealability (ECF No. 1261) is DENIED.

IT IS SO ORDERED.

Dated:  September 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1