HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHANGO JAJA GREER, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-042 TLN |
| Plaintiff, | |
| v. | **STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER** |
| SHANGO JAJA GREER, Sr., | |
| Defendant. | Judge: The Honorable TROY L. NUNLEY |

Defendant, SHANGO JAJA GREER, SR., by and through his attorney, Assistant Federal

Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

counsel, Assistant U.S. Attorney Heiko Philipp Coppola, hereby stipulate to the following

briefing schedule as directed by this Court's minute order of June 18, 2025 (ECF 1280):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        1.      Any supplement to the *pro se* motion filed April 23, 2025 (ECF 1272) to be filed

2   on or before July 30, 2025;

3        2.      The government's response to be filed August 29, 2025; and,

4        3.      Mr. Greer's reply to be filed September 29, 2025.

5   Respectfully submitted,

6   Dated:  June 23, 2025                    Dated:   June 23, 2025

7   MICHELE BECKWITH                         HEATHER E. WILLIAMS
    Acting United States Attorney            Federal Defender
8

9    /s/  *Heiko Coppola*                     /s/ *David M. Porter*
    HEIKO COPPOLA                            DAVID M. PORTER
10  Assistant U.S. Attorney                  Assistant Federal Defender

11  Attorney for Plaintiff                   Attorney for Defendant
    UNITED STATES OF AMERICA                 SHANGO JAJA GREER, Sr.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

Pursuant to the joint stipulation, and good cause appearing therefore,

3

    Defense supplemental motion, if any, to be filed on or before July 30, 2025;

4

    The government's response to be filed on or before August 28, 2025; and,

5

    Mr. Greer's reply may be filed on or before September 18, 2025.

6

**IT IS SO ORDERED.**

7

Dated:   June 23, 2025

8

9

                                  Troy L. Nunley
                                  Chief United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28