HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHANGO JAJA GREER, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHANGO JAJA GREER, Sr.,<br>Defendant. | No. 2:03-cr-042 TLN<br><br>**STIPULATION MODIFYING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER**<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, SHANGO JAJA GREER, Sr., by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Heiko Philipp Coppola, hereby stipulate to modifying the briefing schedule set by this Court's order of June 24, 2025 (ECF 1283):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Any supplement to the *pro se* motion filed April 23, 2025 (ECF 1272) to be filed on or before September 30, 2025;

2. The government's response to be filed October 30, 2025; and,

3. Mr. Greer's reply to be filed December 1, 2025.

Respectfully submitted,

Dated: July 28, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ *Heiko Coppola*
HEIKO COPPOLA
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: July 28, 2025

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
SHANGO JAJA GREER, Sr.

**ORDER**

Pursuant to the joint stipulation, and good cause appearing therefor,

Defense supplemental motion, if any, to be filed on or before September 30, 2025;

The government's response to be filed on or before October 30, 2025; and,

Mr. Greer's reply may be filed on or before December 1, 2025.

**IT IS SO ORDERED.**

Dated: July 29, 2025

Troy L. Nunley
Chief United States District Judge