HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHANGO JAJA GREER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>SHANGO LAWRENCE GREER, <br><br>Defendant. | Case No. 2:03-cr-042 TLN <br><br>**ORDER WITHDRAWING FEDERAL DEFENDER AND APPOINTING AD HOC CJA COUNSEL** |

On Defendant's motion and consent, good cause appearing therefor and for consistency of representation,

IT IS HEREBY ORDERED, effective September 1, 2025, the Federal Defender Office is withdrawn as counsel, and David M. Porter is appointed as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3600A(b) and Eastern District of California CJA Plan, Gen. Ord. 671, § XI.C.

Date: September 8, 2025

_____
Troy L. Nunley
Chief United States District Judge