1  DAVID M. PORTER, Bar #127024
   Attorney at Law
2  Counsel Designated for Service
   P.O. Box 11008
3  Takoma Park, MD  20913
   Telephone:  (916) 893-4217
4

5  Attorney for Defendant
   SHANGO JAJA GREER, Sr.
6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | No. 2:03-cr-042 TLN |
11 | Plaintiff, | |
12 | v. | **STIPULATION MODIFYING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER** |
13 | SHANGO JAJA GREER, Sr., | |
14 | Defendant. | Judge:  The Honorable TROY L. NUNLEY |

15

16     Defendant, SHANGO JAJA GREER, Sr., by and through his attorney, David M.

17 Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18 Assistant U.S. Attorney Heiko Philipp Coppola, hereby stipulate to modifying the

19 briefing schedule set by this Court's order of September 9, 2025 (ECF 1294):

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1. Any supplement to the *pro se* motion filed April 23, 2025 (ECF 1272) to be filed on or before October 30, 2025;

2. The government's response to be filed December 1, 2025; and,

3. Mr. Greer's reply to be filed January 2, 2026.

Respectfully submitted,

| | |
|---|---|
| Dated: September 15, 2025 | Dated: September 15, 2025 |
| ERIC GRANT<br>United States Attorney | DAVID M. PORTER<br>Attorney at Law |
| /s/ *Heiko Coppola*<br>HEIKO COPPOLA<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Attorney at Law |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>SHANGO JAJA GREER, Sr. |

# ORDER

Pursuant to the joint stipulation, and good cause appearing therefor,

Defense supplemental motion, if any, to be filed on or before October 30, 2025;

The government's response to be filed on or before December 1, 2025; and,

Mr. Greer's reply may be filed on or before January 2, 2026.

**IT IS SO ORDERED.**

Dated:   September 15, 2025

_____
Troy L. Nunley
Chief United States District Judge