DAVID M. PORTER, Bar #127024
Attorney at Law
Counsel Designated for Service
P.O. Box 11008
Takoma Park, MD  20913
Telephone:  (916) 893-4217

Attorney for Defendant
SHANGO JAJA GREER, Sr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANGO JAJA GREER, Sr.,<br><br>Defendant. | No. 2:03-CR-042-TLN-01<br><br>**STIPULATION MODIFYING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER**<br><br>Judge:  The Honorable TROY L. NUNLEY |

**STIPULATION**

Defendant SHANGO JAJA GREER, Sr., by and through his attorney, David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Heiko Philipp Coppola, hereby stipulate to modifying the briefing schedule set by this Court's order of September 9, 2025 (ECF 1296) as follows:

1. On April 23, 2025, Mr. Greer filed a pro se motion for reduction in sentence.  Dkt. No. 1272.

2. On June 23, 2025, the undersigned filed a notice of appearance appearing for Mr. Greer.  Dkt. No. 1281.

3. The court has set filing deadlines, pursuant to stipulations and orders, whereby the supplement to the pro se motion is currently due October 30, 2025, the government's response is due December 1, 2025, and Mr. Greer's reply is due January 2, 2026.  Dkt. Nos. 1287, 1296.

4.     Counsel for Mr. Greer requests additional time to obtain and review documents, research, and draft the supplemental motion. Counsel for the government does not oppose Mr. Greer's request.

5.     Accordingly, by this stipulation, the parties jointly request the court modify the briefing schedule as follows:

  a.   The supplemental motion is to be filed on or before December 2, 2025;

  b.   The government's response is to be filed on or before January 9, 2026;

  c.   Mr. Greer's reply is to be filed on or before February 6, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 29, 2025

/s/ *David M. Porter*
DAVID M. PORTER
Attorney at Law

Attorney for Defendant
SHANGO JAJA GREER, Sr.

Dated: October 29, 2025         ERIC GRANT
                                United States Attorney


/s/ *Heiko Coppola.*
HEIKO COPPOLA
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

# ORDER

Pursuant to the joint stipulation, and good cause appearing therefor, the court adopts the following as the modified briefing schedule regarding Mr. Greer's motion for reduction in sentence:

1. Defense supplemental motion, if any, to be filed on or before December 2, 2025;
2. The government's response to be filed on or before January 7, 2026; and,
3. Mr. Greer's reply may be filed on or before February 6, 2026.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
Troy L. Nunley
Chief United States District Judge