ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00042-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; AND ORDER |
| v. | |
| SHANGO JAJA GREER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On April 23, 2025, the Defendant filed a motion for compassionate release. Docket No. 1272. On December 5, 2025, counsel for Defendant filed a supplemental motion in support of Defendant's motion for compassionate release. Docket No. 1310. The Government's response was due January 7, 2026.

2. Counsel for the Government requests additional time to obtain and review documents from BOP and draft its response to the Defendant's motion and supplemental pleadings. Counsel for the Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

      a)     The Government's response to the Defendant's motion for compassionate release is to be filed on or before January 21, 2026;

      b)     The Defendant's reply to the Government's response to be filed on or before February 20, 2026.

IT IS SO STIPULATED.

Dated: January 8, 2026

ERIC GRANT
United States Attorney

/s/ *Heiko P. Coppola*
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: January 8, 2026

/s/ *David Porter*
DAVID PORTER
Attorney for Defendant
Shango Jaja Greer

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

    a)     The Government's response to the Defendant's motion and supplements, (Docket Nos. 1272, 1310), is now due on or before January 21, 2026;

    b)     The Defendant's reply to the Government's response, if any, is due on or before February 20, 2026.

IT IS SO FOUND AND ORDERED this 9th day of January, 2026.

_____
Troy L. Nunley
Chief United States District Judge